UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHERLY, et al.,<br>　　　　Plaintiffs,<br>　　v.<br>DENIS GERARD CASEY, et al.,<br>　　　　Defendants. | Case No.  13-cv-04498-JSC<br><br>**ORDER TO PLAINTIFF FOR STATUS UPDATE** |

　　　　Plaintiffs filed this Americans With Disabilities Act ("ADA") access lawsuit nearly one year ago.  Defendants Denis Casey and Victoria Stein have answered the complaint (Dkt. No. 8), and default has been entered against Defendant Le Petit Marchet (Dkt. No. 13.)  Defendants Yui Ng and Shirley Ng have not appeared and their default has not been entered.  No other activity has occurred on the docket.

　　　　Plaintiff is directed to provide the Court with a written update on the status of the case and its resolution on or before September 29, 2014.

　　　　**IT IS SO ORDERED.**

Dated: September 15, 2014

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge