UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHERLY, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DENIS GERARD CASEY, et al.,<br><br>    Defendants. | Case No. 13-cv-04498-JSC<br><br>**ORDER CONTINUING CMC AND REQUESTING RESPONSE FROM PLAINTIFF** |

On May 15, 2015, the parties to this action, except for Defendant Le Petit Marchet, submitted a stipulation of dismissal. (Dkt. No. 29.) As Defendant Le Petit Marchet has not consented to the jurisdiction of this magistrate judge (indeed, its default has been entered), this Court cannot sign the parties' stipulation of dismissal. Accordingly, the case management conference scheduled for June 11, 2015 is continued to July 9, 2015. On or before **June 25, 2015,** Plaintiffs shall file with the Court a written submission explaining how they wish to proceed as to Le Petit Marchet. The Court can dismiss Le Marchet from the action, or it can sever it from this action, provided all the remaining defendants agree. Plaintiffs are free to propose any other appropriate procedures for moving this case to resolution.

    **IT IS SO ORDERED.**

Dated: June 10, 2015

                                                                                              JACQUELINE SCOTT CORLEY<br>
                                                                                              United States Magistrate Judge